**STATE of Missouri, Respondent,**

v.

**Kevin HAMMERSCHMIDT, Appellant.**

**No. WD 57933.**

Missouri Court of Appeals, Western District.

March 6, 2001.

Kent Denzel, State Public Defender Office, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., and Karen Kramer, Attorney General Office, Jefferson City, MO, for Respondent.

Before SPINDEN, Chief Judge, EDWIN H. SMITH, Judge, and NEWTON, Judge.

**ORDER**

Kevin Hammerschmidt appeals the circuit court's judgment to convict him of four counts of second degree burglary and one count of stealing. We affirm. Rule 30.25(b).